

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE:

Victoria A. Manning                               Bankruptcy No. 15-19240

    Debtor(s)                                    Chapter 7

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

U.S. Bank, N.A., successor trustee to LaSalle
Bank National Association, on behalf of the
holders of Bear Stearns Asset Backed
Securities I Trust 2007-HE3, Asset-Backed
Certificates Series 2007-HE3

    Movant

v

Victoria Ann Manning

    Respondent(s)

and

Richard M. Kremen

    Trustee

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER MODIFYING STAY</u>**
**<u>5419 Parkside Place, Baltimore, MD 21206</u>**

Upon consideration of the Motion for Relief from Stay of U.S. Bank, N.A., successor

**Page 1**

trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3, the Movant having established its entitlement to the relief requested, it is thereupon, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion for Relief from Stay filed herein be and it is hereby GRANTED; and the Stay imposed pursuant to 11 U.S.C., Section 362(a) against any acts of the Movant, its successors and assigns, to enforce the provisions the Deed of Trust dated January 19, 2007 and is recorded among the Land Records of Baltimore City, MD in Liber 9094 at Folio 84, including but not limited to foreclosure pursuant to the power of sale contained in the Deed of Trust, and the recovery of possession of the premises, is hereby terminated, with respect to that certain residential real property known as **5419 Parkside Place, Baltimore, MD 21206**, and it is further,

ORDERED, that pursuant to Local Rule 4001-3, if there is a surplus of proceeds following the foreclosure sale, a copy of the Auditor's Report and a Report of Sale be filed in this Court within ten days of final ratification of the Auditor's Account by the Circuit Court, and it is further,

ORDERED, that this Order shall be and remain fully effective notwithstanding the prior conversion of this case or a subsequent conversion to a different chapter or administration under a different Chapter of the Bankruptcy Code,

ORDERED, that Moving Party and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement or loan modification or other loan workout/loss mitigation agreement not otherwise requiring court approval. The Moving Party may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

Copies to be mailed to:

Michael McKeown, Esquire,
THE FISHER LAW GROUP, PLLC
Victoria Ann Manning
Jeffrey M. Sirody
Richard M. Kremen


Matter No.: 14-04002


"END OF ORDER"
Page 2